**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 26-27849-CIV-TORRES

SHAWN MENDEL,

*Plaintiff*,

vs.

THE SEC'Y OF THE U.S. DEP'T OF TRANSP., JAMES UTHMEIER, DAVE KERNER, MIAMI-DADE COUNTY, UBER TECHNOLOGIES, INC., and RAISER, LLC,

*Defendants*.
_________________________________/

***ORDER ON PENDING MOTIONS***

This matter is before the Court following Plaintiff's compliance with the Court's Order to Show Cause as to potentially frivolous or adjudicated claims in the action. And specifically the pending motions for *in forma pauperis* treatment and motion to appoint a process server. [D.E. 3, 7]. Upon reviewing Plaintiff's responses and supplemental materials, the Court draws no ultimate conclusions on these specific questions. But given that other named Defendants are identified in the complaint and injunctive relief is sought as to those Defendants, the Court cannot find at this stage that all relief in the case can be adjudicated on section 1915 preliminary review. Accordingly the Court will accept the Order to Show Cause as as having been addressed and allow the action to proceed. In doing so, the Court grants the motion for in forma treatment based on the available record and grants the request to have service carried out by private process server rather than the U.S. Marshal. Service must thus be completed within sixty days of this date. No

filings should be made in the case until all available Defendants are properly served.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of November 2026.

/s/ *Edwin G. Torres*
EDWIN G. TORRES
United States Magistrate Judge